UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SANSONE,<br><br>           Plaintiff,<br><br>     vs.<br><br>J. C. THOMAS,<br><br>           Defendant. | 1:13-cv-01942-DAD-EPG-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS THOMAS AND JOHN DOE #1 FOR USE OF EXCESSIVE FORCE, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE IN 20 DAYS |

   Richard Sansone ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The case now proceeds on the First Amended Complaint filed by Plaintiff on November 13, 2014.  (ECF No. 27.)  The First Amended Complaint names Correctional Officer J. C. Thomas, Jane Doe #1 (dental assistant), John Doe #1 (correctional officer), John Doe #2 (correctional sergeant), John Doe #3 (appeals coordinator) and John Doe #4 (warden) as defendants, and alleges medical claims and claims for excessive force under the Eighth Amendment, and violations of due process under the Fourteenth Amendment.

   The Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for use of excessive force against defendants J. C. Thomas and John Doe #1.  (ECF No. 30.)  On January 22, 2016, Plaintiff was granted leave to either file a Second Amended Complaint or notify the Court that he is willing to proceed only on the claims found cognizable by the Court.  (Id.)  On February 4, 2016, Plaintiff filed a notice informing the Court that he is willing to proceed only on the cognizable Eighth Amendment excessive force claims against defendants Thomas and John Doe #1.  (ECF No. 31.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendants Correctional Officers J. C. Thomas and John Doe #1, on Plaintiff's claims for use of excessive force in violation of the Eighth Amendment;
2. All remaining claims and defendants be dismissed from this action;
3. Plaintiff's claims for inadequate medical care under the Eighth Amendment and for violation of due process under the Fourteenth Amendment be dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983;
4. Defendants Jane Doe #1 (dental assistant), John Doe #2 (correctional sergeant), John Doe #3 (appeals coordinator) and John Doe #4 (warden) be dismissed from this action based on Plaintiff's failure to state any claims against them under § 1983.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within twenty (20) days after being served with these Findings and Recommendations, any party may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __**February 5, 2016**__                    /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE