UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SANSONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. C. THOMAS,<br><br>　　　　Defendants. | No. 1:13-cv-01942-DAD-EPG (PC)<br><br>ORDER REISSUING THE MAGISTRATE JUDGE'S FEBRUARY 5, 2016 FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 32) |

   Plaintiff Richard Sansone filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 2, 2013. (Doc. No. 1.) He is proceeding *pro se* and *in forma pauperis*. (Doc. No. 4.) On November 13, 2014, plaintiff filed an amended complaint in this action. (Doc. No. 27.) On February 5, 2016, the assigned magistrate judge issued findings and recommendations recommending that this action be allowed to proceed only against defendants Thomas and John Doe #1 on plaintiff's excessive use of force claim and that all other claims and defendants be dismissed. (Doc. No. 32.) Those findings and recommendations contained notice that any written objections were due within twenty days after service. (*Id*. at 2.) No objections were filed.

   However, on March 10, 2016, the court received notice of plaintiff's change of address indicating that plaintiff had been transferred to Pelican Bay State Prison. (Doc. No. 33.) Accordingly, to ensure that plaintiff received proper notice, the court will reissue the February 5, 2016 findings and recommendations and provide plaintiff with fourteen days from that service for

1

him to file written objections, if any, to those findings and recommendations.

    For the reasons set forth above;

1)     The Clerk of the Court is directed to re-serve the February 5, 2016 findings and recommendations (Doc. No. 32) on plaintiff at his new address of record:

> Pelican Bay State Prison
> P.O. Box 7500
> Crescent City, CA 95532

2)     Plaintiff will be granted fourteen days from the date of re-service of the findings and recommendations to file his written objections, if any.

IT IS SO ORDERED.

Dated:   **April 4, 2016**                  /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE