UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. SANSONE,<br><br>           Plaintiff,<br><br>      vs.<br><br>J. C. THOMAS, et al.,<br><br>           Defendants. | 1:13-cv-01942-DAD-EPG-PC<br><br>ORDER VACATING DISCOVERY/SCHEDULING ORDER ISSUED ON JUNE 14, 2016<br>(ECF No. 16.)<br><br>ORDER DIRECTING CLERK TO SERVE NEW ORDER REQUIRING INITIAL DISCLOSURES AND SETTING MANDATORY SCHEDULING CONFERENCE |

Richard Sansone ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on the First Amended Complaint filed by Plaintiff on November 13, 2014, against defendants Correctional Officer J. C. Thomas and John Doe #1, for use of excessive force in violation of the Eighth Amendment.[1]  (ECF No. 27.)

On June 14, 2016, the Court issued a Discovery and Scheduling Order setting out deadlines in this case for filing exhaustion motions, amending pleadings, discovery, and filing dispositive motions.  (ECF No. 42.)  At this time, the Court finds it beneficial to replace the Discovery and Scheduling Order with a new order entitled "Order Requiring Initial Disclosures

---

[1] On May 5, 2016, the Court issued an order dismissing all other claims and defendants from this action, based on Plaintiff's failure to state a claim.  (ECF No. 36.)

1

and Setting Mandatory Scheduling Conference." To this end, the Court shall vacate the prior order in its entirety and direct the Clerk to serve the new order upon the parties to this case. All of the dates and deadlines in the prior Discovery and Scheduling Order shall be vacated.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Discovery and Scheduling Order issued on June 14, 2016, is VACATED in its entirety;
2. The Clerk is DIRECTED to serve the "Order Requiring Initial Disclosures and Setting Mandatory Scheduling Conference" upon the parties to this case; and
3. The new order supercedes the prior order, and therefore all dates and deadlines set in the Discovery and Scheduling Order issued on June 14, 2016, are VACATED.

IT IS SO ORDERED.

Dated:   **July 26, 2016**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE