1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11   RICHARD M. SANSONE,                    **Case No. 1:13-cv-01942-DAD-EPG-PC**

12            Plaintiff,                     **ORDER STAYING CASE PENDING**
                                            **ADOPTION OF FINDINGS AND**
13        vs.                               **RECOMMENDATIONS**

14   J.C. THOMAS,

15            Defendant.

16        Plaintiff Richard M. Sansone is a state prisoner proceeding *pro se* and *in forma pauperis* in this

17   civil rights action pursuant to 42 U.S.C. § 1983.  On June 14, 2016, Defendant filed a Motion for

18   Summary Judgment asserting that Plaintiff had failed to exhaust his administrative remedies before

19   filing suit. (ECF No. 43.) On November 17, 2016, the Court conducted an evidentiary hearing on the

20   issue of administrative exhaustion. The Court issued findings and recommendations recommending

21   that Plaintiff's case be dismissed for a failure to exhaust administrative remedies on December 7,

22   2016. (ECF No. 83.) Plaintiff was given thirty days to file any objections to the findings and

23   recommendations and the findings and recommendations were referred to District Judge Dale A.

24   Drozd for review.

25        Plaintiff currently has two motions pending:  a discovery motion (ECF No. 56) and a motion to

26   amend his complaint (ECF No. 71). The Court has set a discovery status conference set for January 25,

27   2017 and the non-expert discovery cutoff date in this case is February 14, 2017. Based on the outcome

28   of the evidentiary hearing and the Court's findings and recommendations, the Court STAYS discovery

                                            1

in this case pending the review of the findings and recommendations by the District Judge. The Court also VACATES the discovery status conference currently set for January 25, 2017 at 2:00 p.m. The status conference and any other currently pending discovery deadlines will be reset, if necessary, after the District Judge issues an order adopting or rejecting the Court's findings and recommendations.

IT IS SO ORDERED.

Dated:   **December 8, 2016**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE